ARMAND ROBICHAUD, APPELLANT, v. DANIEL J. BRENNAN, ETC., ET AL., RESPONDENTS.

Argued February 4, 1947—Decided April 24, 1947.

For the appellant, *Richard J. Fitzmaurice* (*John Milton,* of counsel).

For the respondent, *Jerome B. Litvak,* Special Deputy Attorney-General (*C. William Caruso,* Special Assistant Prosecutor, of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Donges in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BODINE, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ. 11.

*For reversal*—None.